UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Bobby Richardson</u>

    v.                                     Case No. 20-cv-1134-JL

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 24, 2021.

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date: July 29, 2021

cc:   Bobby Richardson, pro se